UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

vs.                                         CASE NO. 6:06-CR-207-ORL-19KRS

THAO THACH HUONG DAO

ORDER

This case having been considered by the Court on Report and Recommendation Concerning Plea of Guilty (Doc. No. 197, filed February 27, 2007) and no objection thereto having been filed, it is **ORDERED:**

1. The Report and Recommendation of the United States Magistrate Judge (Doc. No. 197) is **ACCEPTED, AFFIRMED AND ADOPTED.**

2. Defendant Thao Thach Huong Dao has entered a plea of guilty to Count One of the Indictment knowingly, intelligently and voluntarily. Such plea is accepted, and Defendant is adjudicated guilty of Count One of the Indictment.

**DONE AND ORDERED** at Orlando, Florida, this   2d   day of March, 2007.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
Assistant United States Attorney
Attorney for Defendant
United States Marshal
United States Probation
United States Pretrial Services
Defendant

    Courtroom Deputy